UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LADY JOHN, INC.,                                 :

                  Plaintiff,         :

     -against-                                 :

INTERNATIONAL MARINE                             :
UNDERWRITERS, and
255 WATER STREET ASSOCIATES LLC,                 :

                  Defendants.        :

------------------------------------------------------------x

**ORDER**

05 Civ. 6253 (JGK)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/09

**FRANK MAAS**, United States Magistrate Judge.

     It is hereby ORDERED that a settlement conference shall be held on March 11, 2009, at 2 p.m., in Courtroom 20A of the United States Courthouse, 500 Pearl Street, New York, New York. Counsel are directed to place a conference call to my Chambers by no later than February 19, 2009, to reschedule if this date is inconvenient.

     Parties who are more than 100 miles from the Courthouse need not attend but must be available by telephone, except that Steven Urowsky, who I am advised has the requisite authority on behalf of the carrier for 255 Water Street Associates LLC, shall attend in person.

     SO ORDERED.

Dated:    New York, New York
            February 11, 2009

                                                        FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Hon. John G. Koeltl
United States District Judge

Frank P. Winston, Esq.
Abraham, Lerner & Arnold, LLP
Fax: (212) 532-3301

Barbara A Sheehan, Esq.
Thomas M. Rittweger, Esq.
Kevin O'Malley, Esq.
Nicoletti Hornig & Sweeney
Fax: (212) 220-3780

Paul F. Kovner, Esq.
Rubin, Fiorella & Friedman, L.L.P.
Fax: (212) 953-2462

Jeanne M. Boyle, Esq.
Scott Taylor, Esq.
Quirk and Bakalor, P.C.
Fax: (212)-319-1065

Nicole Brown, Esq.
Wade Clark Mulcahy
Fax: (212) 267-9470

Matthew Ferlazzo, Esq.
James Adrian, Esq.
Ford Marrin Esposito Witmeyer & Gleser, LLP
Fax: (212)-344-4294